## (June 3, 1957)

HERCULES CORRUGATED BOX CORPORATION, Plaintiff, and IRVING BERKO-WITZ, Appellant, v. AARON BERKOWITZ et al., Respondents, et al., Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [See 3 A D 2d 841.]